**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02826-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

VICTORIA CARBAJAL, and
DEAN CARBAJAL,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Political Subdivision of the State of Colorado,
MITCHELL R. MORRISSEY, District Attorney for the Second Judicial District, in His
    Individual and Official Capacity,
ANNE M. MANSFIELD, District Court Judge for the Second Judicial District, in Her
    Individual and Official Capacity,
REBEKAH MELNICK, Deputy District Attorney for the Second Judicial District, in Her
    Individual and Official Capacity,
LARA MULLIN, Deputy District Attorney for the Second Judicial District, In Her
    Individual and Official Capacity, and
EDWARD D. BROFIN, Magistrate Judge for the Second Judicial District, In His
    Individual and Official Capacity,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiffs have submitted a "Complaint and Jury Demand," Letter, and have paid the $350.00 filing fee. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that the Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     other:_____.

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    X      is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. __
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    X      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)    X      other: Both plaintiffs must sign Prisoner Complaint form.

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiffs shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 7, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland  
United States Magistrate Judge